No. 00–1638. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–7542. JONES, AKA LEE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8129. FOUNTAIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8290. ESCOBAR *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–8455. ESTES *v.* SUPREME COURT OF UTAH ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8587. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8601. LEYBINSKY *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 4th Cir. Certiorari denied.

No. 00–8673. ALANIZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8687. TAYLOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8689. CHUONG DUONG TONG *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–8725. VELASQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8776. DALTON *v.* SCHOOL BOARD OF THE CITY OF NORFOLK ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9055. ARNOLD *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–9065. OWENS *v.* SMILEY. C. A. 4th Cir. Certiorari denied.

No. 00–9072. SHEA *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.